BRIAN C. LEIGHTON, CA BAR # 090907
Law Offices of Brian C. Leighton
701 Pollasky Avenue
Clovis, California 93612
Telephone:(559) 297-6190
Facsimile:(559) 297-6194
E-mail: kbarker@arrival.net

Attorney for Plaintiff NEIL O'BRIEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL O'BRIEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DR. JOHN D. WELTY, in his personal capacity; DR. PAUL M. OLIARO, in his personal capacity; DR. CAROLYN V. COON, in her personal capacity; DR. VICTOR M. TORRES, in his personal capacity; DR. MARIA A. LOPES, in her personal capacity; DR. LUZ GONZALEZ, in her personal capacity; DR. MATTHEW JENDIAN, in his personal capacity, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 1:12-CV-02017-AWI-SAB<br><br>**STIPULATION FOR PLAINTIFF FILING A FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 15(a)(2) AND [PROPOSED] ORDER THEREON** |

The parties to this action, through their respective counsel of record, hereby stipulate that Plaintiff may amend his complaint now pending, no later than January 15, 2013, provided that no additional causes of action or defendants are added.

DATED: January 14, 2013                  /S/ BRIAN C. LEIGHTON
                                         BRIAN C. LEIGHTON, legal counsel
                                         for Plaintiff NEIL O'BRIEN

1

1 | DATED: January 14, 2013

KAMALA D. HARRIS
Attorney General of California
MOLLY S. MURPHY

 /S/ MOLLY MURPHY
MOLLY MURPHY, Counsel for all Defendants

    IT IS SO ORDERED.

    **Dated:    January 14, 2013**              **/s/ Stanley A. Boone**
                                                UNITED STATES MAGISTRATE JUDGE

2

**STIPULATION FOR PLAINTIFF FILING A FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 15(a)(2)**