Kamala D. Harris, State Bar No. 146672
Attorney General of California
Joel A. Davis, State Bar No. 109290
Supervising Deputy Attorney General
Molly S. Murphy, State Bar No. 149907
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 897-6024
  Fax:  (213) 897-2810
  E-mail:  Molly.Murphy@doj.ca.gov
*Attorneys for Defendants Dr. John Welty, Dr. Paul Oliaro, Dr. Carolyn Coon, Dr. Victor Torres, Dr. Maria Lopes, Dr. Luz Gonzalez and Dr. Matthew Jendian*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEIL O'BRIEN, AN INDIVIDUAL,**<br><br>                          Plaintiff,<br><br>       v.<br><br>**DR. JOHN WELTY, DR. PAUL M. OLIARO, DR. CAROLYN V. COON, DR. VICTOR M. TORRES, DR. MARIA LOPES, DR. LUZ GONZALEZ, DR. MATTHEW JENDIAN, ALL IN THEIR PERSONAL CAPACITIES AND DOES 1 THROUGH 25, INCLUSIVE,**<br><br>                          Defendants. | 1:12-cv-02017-AWI-SAB<br><br>**STIPULATION TO CHANGE SCHEDULING CONFERENCE DATE; [PROPOSED] ORDER**<br><br>Current Date: February 19, 2013<br>Time: 9:15 a.m.<br>Courtroom: 9<br>Judge: Hon. Magistrate Stanley A. Boone<br><br>Proposed New Date: April 16, 2013<br>Time: 2:00 p.m.<br>Courtroom: 9<br>Judge: Hon. Magistrate Stanley A. Boone<br>Trial Date: None<br>Action Filed:  November 14, 2012 |

Plaintiff Neil O'Brien, by and through his counsel of record, and defendants Dr. John Welty, Dr. Paul Oliaro, Dr. Carolyn Coon, Dr. Victor Torres, Dr. Maria Lopes, Dr. Luz Gonzalez and Dr. Matthew Jendian, by and through their counsel of record, hereby stipulate:

1

**RECITAL**

1. A scheduling conference is set in this action before the Honorable Magistrate Stanley A. Boone on February 19, 2013 at 9:15 a.m. in Courtroom 9 of this Court.

2. The defendants filed a motion to dismiss, which is set to be heard on March 4, 2013 by the Honorable Anthony W. Ishii. The motion seeks the dismissal of all causes of action and all defendants.

3. In the interest of efficiency for the Court and the parties, the parties stipulate to postpone the scheduling conference in this action until April 16, 2013 at 2:00 pm, after the hearing on the motion to dismiss. If the motion is granted in its entirety, the scheduling conference need not occur. If the scheduling conference proceeds, then the parties shall file their scheduling conference report one week prior to the scheduled meeting pursuant to the original order of this court.

**STIPULATION**

The parties stipulate to changing the date of the scheduling conference in this action from February 19, 2013 to April 16, 2013 at 2:00 pm.  A joint scheduling report shall be due on April 9, 2013.

Date: January 28, 2013          /s/ Brian C. Leighton
                                BRIAN C. LEIGHTON, counsel for
                                plaintiff Neil O'Brien


Date: January 28, 2013          KAMALA D. HARRIS
                                Attorney General of the State of California
                                JOEL DAVIS
                                Supervising Deputy Attorney General
                                MOLLY S. MURPHY
                                Deputy Attorney General

                                /s/ Molly S. Murphy
                                MOLLY S. MURPHY, counsel for
                                Defendants Dr. John Welty, Dr. Paul
                                Oliaro, Dr. Carolyn Coon, Dr. Victor
                                Torres, Dr. Maria Lopes, Dr. Luz Gonzalez
                                and Dr. Matthew Jendian


IT IS SO ORDERED.  THE SCHEDULING CONFERENCE IS SET FOR APRIL 16, 2013 AT 2:00 p.m. IN COURTROOM 9 OF THIS COURT.  A joint scheduling report shall be due on April 9, 2013.

Dated: _____       _____
                                UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED.

Dated:   **January 31, 2013**          **/s/ Stanley A. Boone**
                                UNITED STATES MAGISTRATE JUDGE

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28