IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL O'BRIEN, an Individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. JOHN WELTY, DR. PAUL M. OLIARO, DR. CAROLYN V. COON, DR. VICTOR M. TORRES, DR. MARIA LOPES, DR. LUZ GONZALEZ DR. MATTHEW JENDIAN, AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>　　　　　Defendants. | 1:12-CV-2017 AWI SAB<br><br>ORDER VACATING MARCH 4, 2013 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Defendant has filed a motion to dismiss Plaintiff's first amended complaint. The hearing has been set for March 4, 2013. On February 19, 2013, Plaintiff filed an opposition the motion. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 4, 2013 is VACATED and the parties shall not appear at that time. As of March 4, 2013, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　February 28, 2013　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE