IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEIL O'BRIEN, AN INDIVIDUAL,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. JOHN WELTY, et al.,**<br><br>Defendants. | **1:12-cv-02017-AWI-SAB**<br><br>**ORDER ON STIPULATION TO CHANGE SCHEDULING CONFERENCE DATE**<br><br>Date: July 23, 2013<br>Time: 2:00 p.m.<br>Courtroom: 9<br>Judge: Hon Magistrate Stanley A. Boone |

Pursuant to the stipulation of the parties, the Scheduling Conference currently set for May 14, 2013, is CONTINUED TO July 23 2013, at 2:00 p.m in Courtroom 9. The parties shall file a Joint Scheduling Conference Statement (1) full week before the scheduling conference.

IT IS SO ORDERED.

Dated: __**May 2, 2013**__   _____
UNITED STATES MAGISTRATE JUDGE

1

Stipulation to Change Scheduling Conference Date; Order  (12CECG03646)