# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL O'BRIEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. JOHN WELTY, et al.,<br><br>　　　　Defendants. | Case No.  1:12 -cv-02017-AWI-SAB<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSIVE PLEADING WITHIN FIFTEEN DAYS<br><br>(ECF Nos. 35, 36) |

　　　　On May 24, 2013, the district court entered a memorandum granting Defendants motion to dismiss and judgment was entered for Defendants.  (ECF Nos. 29, 30.)  Plaintiff filed a notice of appeal on June 18, 2013.  (ECF No. 31.)  On April 7, 2016, the Ninth Circuit Court of Appeals issued an order affirming in part, reversing in part, and remanding this action.  (ECF No. 35.)  On May 2, 2016, the Ninth Circuit issued its mandate.  (ECF No. 36.)  On remand this action is proceeding against Vice President Oliaro, Dean Coon, Dean Gonzalez, Dr. Torres, and Dr. Lopes on Plaintiff's claim alleging retaliation in violation of the First Amendment.

　　　　Accordingly, IT IS HEREBY ORDERED that Defendants shall file a responsive pleading within fourteen days from the docketing of this order.

IT IS SO ORDERED.

Dated:  **May 3, 2016**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1