KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JOEL A. DAVIS, State Bar No. 109290
Supervising Deputy Attorney General
MOLLY S. MURPHY, State Bar No. 149907
Deputy Attorney General
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-6024
 Fax:  (213) 897-2810
 E-mail:  Molly.Murphy@doj.ca.gov
*Attorneys for Defendants Dr. Paul Oliaro, Dr. Carolyn Coon, Dr. Victor Torres, Dr. Maria Lopes and Dr. Luz Gonzalez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NEIL O'BRIEN, AN INDIVIDUAL,** | 1:12-cv-02017-AWI-SAB |
| Plaintiff, | **STIPULATION TO: 1) CHANGE RESPONSE DATE TO FIRST AMENDED COMPLAINT; AND 2) CHANGE MANDATORY SCHEDULING CONFERENCE DATES AND  ORDER** |
| v. | |
| **DR. PAUL M. OLIARO, DR. CAROLYN V. COON, DR. VICTOR M. TORRES, DR. LUZ GONZALEZ, ALL IN THEIR PERSONAL CAPACITIES AND DOES 1 THROUGH 25, INCLUSIVE,** | |
| Defendants. | |

Plaintiff Neil O'Brien, through his counsel of record, and defendants Drs. Paul Oliaro, Carolyn Coon, Victor Torres, Maria Lopes and Luz Gonzalez, through their counsel of record, hereby stipulate:

**RECITAL**

1. This court has ordered that defendants' response to plaintiff's First Amended Complaint ("FAC") is due on May 17, 2016.  [*See* Docket No. ["DN"] 37.]  A Mandatory Scheduling Conference is scheduled in this case on June 20, 2016.  [DN 38.]  A joint report is due

a week before and a conference of counsel must be completed at least 20 days before the Mandatory Scheduling Conference. [*Id.*]

2. Defendants' counsel is on a trial team assigned to a case set for trial in Los Angeles County Superior Court on May 9, 2016, *Knowledge & Intelligence Program Professionals, etc. v. Anthony Lukin, et al.,* L.A.S.C. Case No. NC053503. The trial is expected to start on time and to last for three weeks.

3. Counsel for defendants has a pre-paid trip to Asia planned from June 27, 2016 to July 9, 2016.

4. The FAC is 65 pages long. This Court previously granted a motion to dismiss. The Ninth Circuit has issued a 31 page order affirming this Court's ruling in part, reversing in part and remanding the action. On May 2, 2016, the Ninth Circuit issued its mandate. Defense counsel needs to take an appropriate amount of time to respond to the lengthy FAC, with due consideration given to the Ninth Circuit's order.

5. Defense counsel seeks an extension to June 8, 2016 to file a response to the FAC.

6. Counsel seek to move the Mandatory Scheduling Conference and accompanying dates to occur after defense counsel's trial and pre-paid trip are completed. Counsel propose moving the Mandatory Scheduling Conference to Monday, August 1, 2016 or any date thereafter, with a joint report due one week before it, and a conference of counsel to occur no later than 20 days before it.

**STIPULATION**

The parties stipulate to: 1) changing the due date for defendants' response to the FAC to June 8, 2016; and 2) changing the Mandatory Scheduling Conference to Monday, August 1, 2016 at 9:00 a.m. in Courtroom #9 of this Court, or such later date as may be convenient for the Court,

/ / /

/ / /

/ / /

with a joint report due one week before and a conference of counsel to occur no later than 20 days before the Mandatory Scheduling Conference.

Dated: May 6, 2016                     Respectfully submitted,

                                                              KAMALA D. HARRIS
Attorney General of California
JOEL A. DAVIS
Supervising Deputy Attorney General

/s/ Molly S. Murphy
MOLLY S. MURPHY
Deputy Attorney General
*Attorneys for Defendants Dr. Paul Oliaro, Dr. Carolyn Coon, Dr. Victor Torres, Dr. Maria Lopes and Dr. Luz Gonzalez*

Dated: May 6, 2016                     Respectfully submitted,

LAW OFFICES OF BRIAN C. LEIGHTON

/s/ Brian C. Leighton
BRIAN C. LEIGHTON
*Counsel for plaintiff Neil O'Brien*

    IT IS SO ORDERED. The Mandatory Scheduling Conference is reset for August 9, 2016 at 9:00 A.M., in Courtroom 9 before Magistrate Judge Stanley A. Boone. A Joint Scheduling Conference report is due one week before the new conference date.

IT IS SO ORDERED.

Dated: **May 9, 2016**                                                              
                                                    UNITED STATES MAGISTRATE JUDGE

3