# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL O'BRIEN,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DR. JOHN WELTY, et al.,<br><br>　　　　　Defendants. | CASE No.: 1:12-cv-02017-AWI-SAB<br><br>ORDER RE STIPULATION AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT<br><br>(ECF Nos. 41, 42) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants' motion to dismiss filed June 8, 2016, is DENIED as moot;

2. The hearing set for August 1, 2016, at 1:30 p.m., in Courtroom 2 is VACATED;

3. Plaintiff shall file a second amended complaint within thirty days from the date of entry of this order;

4. Defendants shall file a responsive pleading within thirty days from the date of service of the second amended complaint; and

5. The Mandatory Scheduling Conference set for August 9, 2016, at 9:00 a.m., is CONTINUED to October 17, 2016 at 9:30 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **July 19, 2016**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1