1
2
3
4
5        **UNITED STATES DISTRICT COURT**
6        **EASTERN DISTRICT OF CALIFORNIA**
7
8    **NEIL O'BRIEN,**                          **CASE NO. 1:12-CV-2017  AWI SAB**
9                      **Plaintiff,**
10        **v.**                               **ORDER CLOSING CASE IN LIGHT OF**
                                              **STIPULATION FOR DISMISSAL WITH**
11   **DR. JOHN WELTY, et al.,**                **PREJUDICE**
12                      **Defendants.**         (Doc. No. 49)
13
14
15
16        On November 30, 2016, the parties filed a stipulation for dismissal of this entire case with
17   prejudice under Rule 41(a)(1)(A)(ii).  See Doc. No. 49.
18        Rule 41(a)(1), in relevant part, reads:
19
20        (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a
          notice of dismissal before the opposing party serves either an answer or a motion
          for summary judgment; or (ii) a stipulation of dismissal signed by all parties who
21        have appeared. . . . (B) Unless the notice or stipulation states otherwise, the
          dismissal is without prejudice.
22
23   Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not
24   require a court order/court approval.  See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood
25   Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d
26   1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re
27   Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).
28

1    Here, all parties who have appeared in this case have signed the stipulated dismissal.  See

2 Doc. No. 49.  Because all appearing parties have signed the stipulated dismissal with prejudice,

3 this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A); Yesh Music, 727 F.3d at

4 362; Commercial Space, 193 F.3d at 1077.

5

6    Therefore, IT IS HEREBY ORDERED that  the Clerk shall CLOSE this case in light of the

7 properly filed and signed Rule 41(a)(1)(A) Stipulation Of Dismissal With Prejudice.

8

9

10 IT IS SO ORDERED.

11 Dated:   December 1, 2016

12                                           SENIOR  DISTRICT  JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28